UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH W. WILCOX, *et al.* Plaintiffs, v. STEPHEN CHANGALA, *et al.* Defendants. | No. CV-10-3048-RHW **ORDER GRANTING PARTIES' STIPULATED PROTECTIVE ORDER** |

Defendants submit to the Court a Motion for Stipulated Protective Order (ECF No. 52). The parties have agreed to a procedure for review of purportedly confidential discovery in this case. The Court is satisfied with the procedures as stipulated.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Motion for Stipulated Protective Order is **GRANTED** (ECF No. 52). The parties shall adhere to the terms set forth in the Stipulation (ECF No. 52-1).

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 17th day of October, 2011.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\aCIVIL\2010\Wilcox\protective.ord.wpd

**ORDER GRANTING PARTIES' STIPULATED PROTECTIVE ORDER** \* 1