UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

KENNETH W. WILCOX, *et al.*

    Plaintiffs,

v.

STEPHEN CHANGALA, *et al.*

    Defendants.

No. CV-10-3048-RHW

**ORDER GRANTING PARTIES' STIPULATED PROTECTIVE ORDER**

    Before the Court is a motion for entry of a second stipulated protective order. (ECF No. 62). The document is signed by counsel for all five parties who have agreed to various procedures for the review and use of discovery in this case. It is the policy of this district and the judges not to enter blanket protective orders. Not only do such orders unnecessarily impede the public's right of access to court proceedings, they make appellate review difficult. *See* Foltz v. State Farm Mut. Auto. Insur. Co., 331 F.3d 1122, 1131 (9th Cir. 2003). The federal rules grant this Court broad latitude in crafting protective orders. Fed. R. Civ. P. 26(c).

    The Court will grant the motion to the extent the protective order memorializes the parties' agreements between themselves as to procedures for the management and use of discovery. But the parties shall seek permission from the Court prior to filing

**ORDER GRANTING STIPULATED PROTECTIVE ORDER** \* 1

1 | any document covered by the protective order under seal in the court record.

On October 17, 2011, the Court, at the parties request, entered another protective order in this case (ECF No. 54). The previous order remains in effect to the extent it is consistent with that here. Where the terms of the two orders materially conflict, this most recent order shall control.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion for Protective Order (ECF No. 62) is **GRANTED**, to the extent provided in this Order.

2. The Motion to Amend/Correct Order on Motion for Protective Order (ECF No. 61) is **GRANTED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 10th day of January, 2012.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\aCIVIL\2010\Wilcox\protective 2.ord.wpd

**ORDER GRANTING STIPULATED PROTECTIVE ORDER** * 2