# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| T.R.W., A MINOR, KENNETH W. WILCOX, AND KIMBERLEY E. WILCOX,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STEPHEN J. CHANGALA, JAGRUT C. SHAH, YAKIMA COUNTY, WASHINGTON, AND KEN IRWIN, IN HIS OFFICIAL CAPACITY AS YAKIMA COUNTY SHERIFF,<br>　　　　Defendants. | No. CV-10-03048-RHW<br><br>**ORDER GRANTING STIPULATED DISMISSAL** |

　　Before the Court is the parties' Stipulation and Order of Dismissal, ECF No. 76. The motion was heard without oral argument.

　　The parties jointly ask the Court to dismiss the above-captioned case with prejudice, and without attorneys' fees or costs, having settled this matter in mediation.

　　Accordingly, **IT IS HEREBY ORDERED**:

　　1. The parties' Stipulation and Order of Dismissal, ECF No. 76, is
　　　　**GRANTED.**

///

///

///

**ORDER GRANTING STIPULATED DISMISSAL** * 1

q:\rhw\acivil\2010\wilcox\order.dismissal.docx

2. The above-captioned case is **DISMISSED** with prejudice, and without attorneys' fees or costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel, and **close the file**.

**DATED** this 9th day of November, 2012.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER GRANTING STIPULATED DISMISSAL** * 2

q:\rhw\acivil\2010\wilcox\order.dismissal.docx